IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3533 |
| | § | |
| CERTAIN UNDERWRITERS AT LLOYDS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Numerous motions are pending in this Hurricane Ike insurance case:

1. The plaintiff, Cheryl Edwards, has moved to disqualify the umpire and to vacate the previous court order compelling appraisal. (Docket Entry No. 83). The defendants have responded and Edwards has replied. (Docket Entry Nos. 85, 86).

2. The defendants have moved for summary judgment. (Docket Entry No. 87). Edwards has responded, the defendants have replied, and Edwards has surreplied.[1] (Docket Entry Nos. 91, 96, 99).

3. Edwards has moved to lift abatement of this case. (Docket Entry No. 88). The defendant has responded and Edwards has replied. (Docket Entry Nos. 94, 97).

4. Edwards has moved for a continuance on the defendants' motion for summary judgment to allow her to conduct necessary discovery to respond more fully to the defendants' motion. (Docket Entry No. 89). The defendants have responded and

---

[1] In a recent case, this court stated: "[A]s one district court in this circuit has explained, '[s]urreplies are heavily disfavored by courts.'" *Branch v. CEMEX, Inc.*, Civ. A. No. H-11-1953, 2012 WL 2357280, at *9 (S.D. Tex. June 20, 2012) (quoting *Weems v. Hodnett*, No. 10-CV-1452, 2011 WL 2731263, at *1 (W.D. La. July 13, 2011)).

        Edwards has replied. (Docket Entry Nos. 95, 98).

5.     Edwards has moved for leave to exceed the page limitation on her response to the defendants' motion for summary judgment. (Docket Entry No. 90). According to Edwards, the motion is unopposed, (*id.*, at 3), and no response has been filed.

6.     Edwards has moved to set aside the umpire's appraisal award. (Docket Entry No. 92). The defendants have responded. (Docket Entry No. 93).

\* \* \*

Edwards's motion for leave to exceed the page limitation, (Docket Entry No. 90), is granted. Oral argument on the remaining motions is scheduled for **11:00 a.m.** on **August 7, 2012** in Courtroom 11-B. If this hearing date conflicts with counsel's schedules, they should immediately advise the court's case manager, Ms. Lisa Eddins.

        SIGNED on August 2, 2012, at Houston, Texas.

                                              Lee H. Rosenthal
                                        United States District Judge