IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3533 |
| | § | |
| CERTAIN UNDERWRITERS AT LLOYDS, | § | |
| *et al.*, | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in detail on the record after counsel for the parties presented oral argument on the pending motions, this court: (1) denied the plaintiff's motion to disqualify the umpire and to vacate the previous court order compelling appraisal, (Docket Entry No. 83); (2) granted the defendants' motion for summary judgment, (Docket Entry No. 87), *see Blum's Furniture Co. v. Certain Underwriters at Lloyds London*, 459 F. App'x 366 (5th Cir. 2012) (per curiam); (3) granted the plaintiff's motion to lift the stay to the extent of ruling on the pending motions, (Docket Entry No. 88); (4) denied the plaintiff's motion for continuance on the defendants' motion for summary judgment, (Docket Entry No. 89); and (5) denied the plaintiff's motion to set aside the appraisal award, (Docket Entry No. 92). This action is dismissed with prejudice. Each party is to bear its own costs and fees.

This is a final judgment.

SIGNED on August 8, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge